**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>S-OIL CORPORATION,<br><br>*Defendant*. | CASE NO. 2:19-cv-1037 |

**STIPULATION BY THE UNITED STATES AND DEFENDANT S-OIL CORPORATION**

It is hereby stipulated by and between the undersigned parties that:

1. The Court has jurisdiction over the subject matter of this action and over Defendant S-Oil Corporation ("S-Oil"); S-Oil waives service of summons on the Complaint; and venue is proper in the Southern District of Ohio.

2. A proposed Final Judgment in the form attached hereto as Exhibit A may be filed with this Court by the United States and may be entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16 ("APPA"), and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on S-Oil by filing that notice with the Court.

3. S-Oil agrees to arrange, at its expense, publication as quickly as possible of the newspaper notice required by the APPA. The publication shall be arranged no later

than three (3) calendar days after S-Oil's receipt from the United States of the text of the notice and the identity of the newspaper within which the publication shall be made. S-Oil shall promptly send to the United States (1) confirmation that publication of the newspaper notice has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notice was published.

4. S-Oil represents that the payment ordered in the proposed Final Judgment can and will be made, and that it will later raise no claim of mistake, hardship, or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

5. The entry of the Final Judgment in accordance with this Stipulation settles any and all civil antitrust claims of the United States against S-Oil arising from any act or offense committed before the date of the signature of this Stipulation that was undertaken in furtherance of an attempted or completed antitrust conspiracy involving Posts, Camps & Stations and/or Army and Air Force Exchange Service fuel supply contracts with the U.S. military in South Korea during the period 2005 through 2016.

6. This Stipulation shall apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

7. In the event that (1) the United States has withdrawn its consent, as provided in Paragraph 2 above, or (2) the proposed Final Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the

parties are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

Dated this 20th day of March, 2019.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA

*/s/ J. Richard Doidge*
J. Richard Doidge

U.S. Department of Justice
Antitrust Division
Transportation, Energy &
  Agriculture Section
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel: (202) 514-8944
Fax: (202) 616-2441
E-mail: dick.doidge@usdoj.gov

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Andrew M. Malek*
Andrew M. Malek (0061442)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Fax: (614) 469-2769
E-mail: Andrew.Malek@usdoj.gov

FOR DEFENDANT S-OIL CORPORATION

*/s/ Sonia K. Pfaffenroth*
Sonia K. Pfaffenroth
William J. Baer
James W. Cooper
Wrede H. Smith III
Andy T. Wang

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-6831
Fax: (202) 942-5999
E-mail: sonia.pfaffenroth@arnoldporter.com