UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HYUNDAI OILBANK CO., LTD. and<br>S-OIL CORPORATION,<br><br>*Defendants*. | CASE NO. 2:19-cv-1037 |

## **ORDER TO SEAL**

The Government having moved to seal its Notice of Related Cases, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that said pleading be **SEALED**, and all related documents maintained in a safe place and not be opened unless by further Order of this Court.

        /s/Chelsey M. Vascura
UNITED STATES MAGISTRATE JUDGE

4/3/2019
Date