United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 APR -9 PM 4:54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

TO: District Judge Marbley, District Judge Morrison, Magistrate Judge Vascura

FROM: Kristen Keppler, Case Administrator

DATE: April 9, 2020

SUBJECT: Case Caption: United States of America v. Jier Shin Korea Co, Ltd, et al.

CASE: Case Number: 2:20-cv-1778

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Vascura)

File Date: April 8, 2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **United States of America v. GS Caltex Corp, et al.**

Case Number: **2:18-cv-1456**  District Judge: **Marbley**

File Date: **November 14, 2018**  Magistrate Judge: **Vascura**

**Related Case(s):**

Case Caption: **United States of America v. Hyuandi Oilbank Co. Ltd., et al.**

Case Number: **2:19-cv-1037**  District Judge: **Marbley**

File Date: **March 20, 2019**  Magistrate Judge: **Vascura**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  __Kristen Keppler__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____Marbley_____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

/s/ Sarah D. Morrison
_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012